STATE OF CONNECTICUT *v.* JOSEPH TORRICE

The defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 75, is denied.

*Kent Drager,* assistant public defender, and *G. Douglas Nash,* public defender, in support of the petition.

*John O'Meara,* deputy assistant state's attorney, in opposition.

Decided November 29, 1989

BARCLAYS BANK OF NEW YORK *v.*
WILLIAM M. IVLER ET AL.

The defendant William M. Ivler's petition for certification for appeal from the Appellate Court, 20 Conn. App. 163, is denied.

*William M. Ivler,* pro se, in support of the petition.

*Richard E. Castiglioni,* in opposition.

Decided November 29, 1989

STATE OF CONNECTICUT *v.* GEORGE VELEZ

The state of Connecticut's petition for certification for appeal from the Appellate Court, 20 Conn. App. 168, is granted, limited to the following issue:

"Did the Appellate Court err in concluding that the police had an insufficient basis for relying upon the information furnished by the informant and, therefore, lacked probable cause for the arrest and subsequent search of the defendant?"

*Timothy J. Sugrue,* deputy assistant state's attorney, in support of the petition.

*Brian J. Kornbrath,* in opposition.

Decided November 29, 1989